**No. 63634.**—Albert Bonnier Publishing House and Milton Snedeker Corp. et al. *v.* United States, protests 159982–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

**No. 63635.**—Fastening Devices, Inc., et al. *v.* United States, protests 58/4654, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of studs and nails similar in all material respects to those the subject of *Fastening Devices, Inc., et al.* v. *United States* (40 Cust. Ct. 345, C.D. 2004), the merchandise was held dutiable as follows: (1) The items marked "A" at two-tenths of 1 cent per pound under the provision in paragraph 331, as modified by T.D. 51802, for nails, made of iron or steel wire, not less than 1 inch in length nor smaller than sixty-five one-thousandths of 1 inch in diameter; (2) the items marked "B" at 1½ cents per pound under paragraph 331 of the act as steel nails, not specially provided for; and (3) the items marked "C" at 15 percent under the provision in paragraph 332, as modified, *supra*, for machined studs.

**No. 63636.**—J. M. P. R. Trading Corp. and Alltransport, Inc. *v.* United States, protest 58/12410 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.